UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE FERNANDEZ, on behalf of herself and all others similarly situated, | |
| Plaintiff, | 24-CV-10024 (DEH) (RFT) |
| -against- | **ORDER** |
| 4PATRIOTS, LLC, | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 28, 2025, I ordered the parties in this action, by April 18, 2025, to file a joint letter on the status but not the substance of their settlement discussions. (*See* ECF 15, Order.) To date, the parties have not filed such a letter on the docket.

I am sua sponte extending the deadline for the parties to file their joint letter nun pro tunc until **April 22, 2025.**

DATED:  April 21, 2025
        New York, N.Y.

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge