UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE FERNANDEZ, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br> -against-<br><br>4PATRIOTS, LLC,<br><br>    Defendant. | 24-CV-10024 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The Case Management Plan in this action required the parties to file a joint letter regarding the status of discovery by June 30, 2025. (*See* ECF 26 ¶ 7.) The parties have not complied. I am sua sponte extending the deadline for the joint status letter nunc pro tunc until tomorrow, **July 9, 2025.**

DATED: July 8, 2025
     New York, N.Y.

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge