UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

..................................................................................................x
JACQUELINE FERNANDEZ, on behalf of herself and all
others similarly situated,

Civil Action No:
1:24-cv-10024

Plaintiff,

-v.-
4PATRIOTS, LLC

Defendants.
..................................................................................................x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and

the Defendant that whereas no party hereto is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in the

subject matter of the action, that this action is dismissed with prejudice and without costs to

either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 16, 2025

| **For Plaintiff Jacqueline Fernandez** | **For    Defendant 4Patriots, LLC** |
|---|---|
| Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>rsalim@steinsakslegal.com | Anthony John Tomari<br>Eustace Prezioso Yapchanyk & Yang<br>550 Madison Avenue 10th Floor<br>New York, NY 10022<br>Ph: (212) 612-4035<br>atomari@eustacelaw.com |

1

## CERTIFICATE OF SERVICE

I certify that on December 16, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Rami Salim
Rami Salim
**Stein Saks, PLLC**
*Attorneys for Plaintiff*

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice.  Each party shall bear its own costs of court and attorney's fees.

SO ORDERED.

Dated: December 19, 2025
New York, New York

Dale E. Ho
United States District Judge